**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **LAVONTE EDWARDS DARNELL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-CV-00309-SDJ-** |
| | § | **BD** |
| **CSL PLASMA, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**PROPOSED ORDER**

Came on this day for consideration, Defendant CSL Plasma, Inc.'s Motion for Show Cause Order or Alternatively, Motion to Dismiss for Failure to Prosecute. Having considered the Motion and pleadings on file, this Court finds that Plaintiff Lavonte Edwards Darnell's claims against Defendant CSL Plasma, Inc., should be and is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that all claims and causes of action asserted by Plaintiff Lavonte Edwards Darnell against Defendant CSL Plasma, Inc. be, and are, dismissed with prejudice as to the re-filing of same.